United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 17-13308-jkf
Darryl S. Harvin Chapter 13
 Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2 User: Virginia Page 1 of 1 Date Rcvd: Aug 31, 2017
 Form ID: trc Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2017.
 NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13933559 E-mail/PDF: cbp@onemainfinancial.com Sep 01 2017 02:09:04 OneMain, P.O. Box 3251,
 Evansville, IN. 47731-3251
 TOTAL: 1

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2017 at the address(es) listed below:
 DAVID B. SPITOFSKY on behalf of Debtor Darryl S. Harvin spitofskybk@verizon.net,
 spitofskylaw@verizon.net
 MATTEO SAMUEL WEINER on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com
 United States Trustee USTPRegion03.PH.ECF@usdoj.gov
 WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
 TOTAL: 4

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-13308-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Darryl S. Harvin
2778 Egypt Road
Audubon PA 19403

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/31/2017.

Name and Address of Alleged Transferor(s):

Claim No. 8: OneMain, P.O. Box 3251, Evansville, IN. 47731-3251

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/02/17

Tim McGrath
**CLERK OF THE COURT**