UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | : | CHAPTER 13 | Hearing Date: 11/16/17 |
| | : | | Time: 11:00 a.m. |
| | : | | Place: Courtroom #2 |
| DARRYL S. HARVIN | : | | U.S. Bankruptcy Ct. |
| | : | | 900 Market Street |
| DEBTOR | : | NO. 17-13308 (MDC) | Phila., PA 19107 |

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

Darryl S. Harvin, Debtor, has filed a Motion to Avoid Judicial Lien Pursuant to 11 U.S.C. §522(f)(1).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **October 31, 2017** you or your attorney must do all of the following:

    (a) file an answer explaining your position at:

    Clerk, U.S. Bankruptcy Court
    Robert N.C. Nix Federal Courthouse
    900 Market Street, Suite 400
    Philadelphia, PA 19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

    David B. Spitofsky, Esquire
    516 Swede Street
    Norristown, PA 19401
    Phone No.: (610) 272-4555
    Fax No.: (610) 272-2961

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.     A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge, on **November 16, 2017 at 11:00 a.m. in Courtroom No. 2**, United States Bankruptcy Court, Robert N.C. Nix Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

4.     If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.     You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: October 17, 2017