## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | : | CHAPTER 13 | Hearing Date: 11/16/17 |
| | : | | Time: 11:00 a.m. |
| | : | | Place: Courtroom #2 |
| DARRYL S. HARVIN | : | | U.S. Bankruptcy Ct. |
| | : | | 900 Market Street |
| DEBTOR | : | NO. 17-13308 (MDC) | Phila., PA 19107 |

### CERTIFICATE OF SERVICE

I, David B. Spitofsky, Esquire, hereby certify that on October 17, 2017 I caused a true and correct copy of the attached Motion to Avoid Judicial Lien Pursuant to 11 U.S.C. 522 (f)(1) and Notice of Motion, Response Deadline and Hearing Date to be served via First Class Mail, postage pre-paid, or electronically, upon the parties listed below:

George Conway, Esquire
Office of United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

William C. Miller, esquire
P.O. Box 1229
Philadelphia, PA 19105

Rion B. Needs, President
and Chief Executive Officer
Asset Acceptance LLC
28405 Van Dyke Avenue
Warren, MI 48093

Darryl S. Harvin
2778 Egypt Road
Audubon, PA 19403

/s/ David B. Spitofsky
David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401
Phone No.: (610) 272-4555
Fax No.: (610) 272-2961