# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **DARRYL S. HARVIN** | : | |
| | : | |
| DEBTOR | : | NO. 17-13308 (MDC) |

## ORDER APPROVING COUNSEL FEE

**AND NOW**, this 18th day of December, 2017, upon consideration of the Application of David B. Spitofsky, Esquire for Compensation (the "Application"), and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest and good cause having been shown, it is hereby

**ORDERED** that the Application is approved in the amount of $4,250.00 and that the balance as stated in the Application, in the amount of $3,750.00, shall be paid to Debtor's(s') counsel as an administrative expense to the extent provided for by the terms of Debtor's (s') confirmed chapter 13 plan.

BY THE COURT:

*Magdeline D. Coleman*
_____
HONORABLE MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE

cc:
David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401

William C. Miller, Esquire
P.O. Box 1229
Philadelphia, PA 19105

Darryl S. Harvin
2778 Egypt Road
Audubon, PA 19403