United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-13308-mdc
Darryl S. Harvin                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 1              Date Rcvd: Dec 18, 2017
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2017.
db              +Darryl S. Harvin,    2778 Egypt Road,    Audubon, PA 19403-2257

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2017 at the address(es) listed below:
              DAVID B. SPITOFSKY    on behalf of Debtor Darryl S. Harvin spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation d/b/a Honda
               Financial Servcies, administrator for Honda Lease Trust ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 5

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **DARRYL S. HARVIN** | : | |
| | : | |
| DEBTOR | : | NO. 17-13308 (MDC) |

<u>**ORDER APPROVING COUNSEL FEE**</u>

**AND NOW**, this 18th day of December, 2017, upon consideration of the Application of David B. Spitofsky, Esquire for Compensation (the "Application"), and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest and good cause having been shown, it is hereby

**ORDERED** that the Application is approved in the amount of $4,250.00 and that the balance as stated in the Application, in the amount of $3,750.00, shall be paid to Debtor's(s') counsel as an administrative expense to the extent provided for by the terms of Debtor's (s') confirmed chapter 13 plan.

BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE

cc:
David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401

William C. Miller, Esquire
P.O. Box 1229
Philadelphia, PA 19105

Darryl S. Harvin
2778 Egypt Road
Audubon, PA 19403