*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Darryl S. Harvin
    Debtor(s)

Case No: 17−13308−mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED\*
Motion to Avoid Lien with Asset Acceptance LLC Pursuant to 11 U.S.C. Section 522(f)(1) Filed by Darryl S. Harvin Represented by DAVID B. SPITOFSKY

    on: 1/23/18

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 12/27/17

Timothy B. McGrath
Clerk of Court

51 − 25
Form 167