United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-13308-mdc
Darryl S. Harvin                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Eileen                Page 1 of 2             Date Rcvd: Dec 27, 2017
                               Form ID: 167                Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2017.
```
db              +Darryl S. Harvin,    2778 Egypt Road,    Audubon, PA 19403-2257
cr              +American Honda Finance Corporation d/b/a Honda Fin,    3625 W. Royal Lane #200,
                 Irving, TX 75063-2912
13915607       ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court:   American Honda Finance Corp.,    201 Little Falls Drive,
                 Wilmington, DE 19808)
13915610        +Barclays Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
13915611         Capital One Bank USA, N.A.,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13979026        +Cavalry Spv I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                 Tucson, AZ 85712-1083
13915612        +Comenity Capital Bank/Zales,    P.O. Box 182120,    Columbus, OH 43218-2120
13915604        +David B. Spitofsky, Esquire,    Law Office of David B. Spitofsky,    516 Swede Street,
                 Norristown, PA 19401-4807
13915613        +Discover Bank,    502 E. Market Street,    Greenwood, DE 19950-9700
13915615        +FCC Finance LLC,    17000 Dallas Parkway,    #120,    Dallas, TX 75248-1944
13918672        +FCC Finance LLC, as servicer for,    DB HIL 2014 Trust,    P.O. Box 795489,
                 Dallas, Texas 75379-5489
13915616        +First National Bank Omaha,    P.O. Box 3412,    Omaha, NE 68103-0412
13921125        +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
13915617        +Fulton Friedman & Gullace, LLP,    6 Kacey Court,    Suite 203,    Mechanicsburg, PA 17055-9237
13954840       ++LENDMARK FINANCIAL SERVICES LLC,    2118 USHER STREET,    COVINGTON GA 30014-2434
                 (address filed with court:   Lendmark Financial Services, LLC.,    2118 Usher Street NW,
                 Covington, GA 30014)
13915619        +Lendmark Financial Services,    1506 Klondike Road SW,    Suite 200,    Conyers, GA 30094-5173
13915621        +Monica L. Harvin,    2778 Egypt Road,    Audubon, PA 19403-2257
13915622         Nissan Motor Acceptance Corp.,    P.O. Box 660366,    Dallas, TX 75266-0366
13915625        +Synchrony Bank/Mein&Maco,    P.O. Box 965068,    Orlando, FL 32896-5068
13915626         The Home Depot/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13915627        +U.S. Department of Education,    2401 International,    P.O. Box 7859,    Madison, WI 53707-7859
13965354         US DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
13915628        +Union Plus Credit Card,    P.O. Box 71104,    Charlotte, NC 28272-1104
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 28 2017 01:10:05
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr              +E-mail/PDF: gecsedi@recoverycorp.com Dec 28 2017 00:55:18     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13919588         E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 28 2017 00:54:50
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
13915608         E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 28 2017 00:54:48     Asset Acceptance Corp.,
                 P.O. Box 2036,    Warren, MI 48090-2036
13921730         E-mail/Text: mrdiscen@discover.com Dec 28 2017 00:54:37     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
13915614        +E-mail/Text: bankruptcy.bnc@ditech.com Dec 28 2017 00:54:40     Ditech Financial LLC,
                 P.O. Box 6172,    Rapid City, SD 57709-6172
13939978         E-mail/Text: bankruptcy.bnc@ditech.com Dec 28 2017 00:54:40
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13915606        +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 28 2017 00:54:49     Frederic J. Baker, Esquire,
                 Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
13915618         E-mail/Text: cio.bncmail@irs.gov Dec 28 2017 00:54:39     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
13915620        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 28 2017 00:54:49     Midland Credit Management, Inc,
                 8875 Aero Drive, Ste. 200,    San Diego, CA 92123-2255
13933559         E-mail/PDF: cbp@onemainfinancial.com Dec 28 2017 00:55:17     OneMain,    P.O. Box 3251,
                 Evansville, IN. 47731-3251
13915623        +E-mail/PDF: cbp@onemainfinancial.com Dec 28 2017 00:55:09     OneMain Financial,
                 P.O. Box 1010,    Evansville, IN 47706-1010
13976059         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 28 2017 00:55:19
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13916831        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 28 2017 00:55:12
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13940315         E-mail/Text: bnc-quantum@quantum3group.com Dec 28 2017 00:54:42
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13915624         E-mail/PDF: gecsedi@recoverycorp.com Dec 28 2017 00:55:18     Synchrony Bank/JC Penney,
                 P.O. Box 960090,    Orlando, FL 32896-0090
                                                                                               TOTAL: 16
```

```
District/off: 0313-2          User: Eileen             Page 2 of 2                   Date Rcvd: Dec 27, 2017
                              Form ID: 167             Total Noticed: 39

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13915609*      Asset Acceptance LLC,    P.O. Box 2036,    Warren, MI 48090-2036
13915605*     +Darryl S. Harvin,    2778 Egypt Road,    Audubon, PA 19403-2257
                                                                                          TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2017 at the address(es) listed below:
              DAVID B. SPITOFSKY    on behalf of Debtor Darryl S. Harvin spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation d/b/a Honda
               Financial Servcies, administrator for Honda Lease Trust ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Darryl S. Harvin
    Debtor(s)

Case No: 17−13308−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED\*
Motion to Avoid Lien with Asset Acceptance LLC Pursuant to 11 U.S.C. Section 522(f)(1) Filed by Darryl S. Harvin Represented by DAVID B. SPITOFSKY

on: 1/23/18

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 12/27/17

Timothy B. McGrath
Clerk of Court

51 − 25
Form 167