United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-13308-mdc
Darryl S. Harvin                                                    Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia         Page 1 of 1          Date Rcvd: Aug 23, 2018
                              Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2018.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13954840        E-mail/Text: ktramble@lendmarkfinancial.com Aug 24 2018 01:24:45
                Lendmark Financial Services, LLC.,   2118 Usher Street NW,   Covington, GA 30014
                                                                                    TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2018 at the address(es) listed below:
          DAVID B. SPITOFSKY    on behalf of Debtor Darryl S. Harvin spitofskybk@verizon.net,
           spitofskylaw@verizon.net
          MATTEO SAMUEL WEINER    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor   American Honda Finance Corporation d/b/a Honda
           Financial Servcies, administrator for Honda Lease Trust ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                          TOTAL: 5

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-13308-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Darryl S. Harvin
2778 Egypt Road
Audubon PA 19403

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/22/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 11: Lendmark Financial Services, LLC., 2118 Usher Street NW, Covington, GA 30014 | Cerastes, LLC<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    08/25/18

Tim McGrath
**CLERK OF THE COURT**