UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                            CASE NO.: 17-13308-mdc

Darryl S. Harvin                                  CHAPTER 13
            Debtor.
_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE   TAKE   NOTICE   THAT,** on   behalf   of   LOANCARE,   LLC

("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure,

the undersigned requests all notices given or required to be given and all papers required to be

served in this case to creditors, any creditors committees, and any other parties-in-interest, be

sent to and served upon the undersigned counsel and the following be added to the Court's

Master Mailing List:

**RAS CRANE, LLC
BANKRUPTCY DEPARTMENT
10700 ABBOTT'S BRIDGE ROAD, SUITE 170
DULUTH, GA 30097**

**RAS CRANE, LLC.**

By:/s/ Lauren Berschler Karl
      Lauren Berschler Karl, Esquire
      Id No. 88209
      PO Box 305
      Ingomar, PA 15127
      973-575-0707 x340
      lkarl@rascrane.com