IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: DARRYL S. HARVIN <br> **Debtor(s)** | ) <br> ) CHAPTER 13 <br> ) |
| NISSAN MOTOR ACCEPTANCE CORPORATION <br> **Moving Party** | ) CASE NO. 17-13308 (MDC) <br> ) <br> ) HEARING DATE: **11-19-19 at 10:30 AM** <br> ) |
| v. | ) <br> ) 11 U.S.C. 362 |
| DARRYL S. HARVIN <br> **Respondent(s)** | ) <br> ) |
| WILLIAM C. MILLER <br> **Trustee** | ) <br> ) |

## ORDER VACATING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the Motion of Nissan Motor Acceptance Corporation, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2015 Nissan Murano** bearing vehicle identification number 5N1AZ2MH3FN273835 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: 11/19/19

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge