United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Darryl S. Harvin  
    Debtor

Case No. 17-13308-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett    Page 1 of 1    Date Rcvd: Nov 21, 2019  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2019.  
db          +Darryl S. Harvin,   2778 Egypt Road,   Audubon, PA 19403-2257

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2019        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2019 at the address(es) listed below:

       DAVID B. SPITOFSKY   on behalf of Debtor Darryl S. Harvin spitofskybk@verizon.net, spitofskylaw@verizon.net  
       LAUREN BERSCHLER KARL   on behalf of Creditor    LoanCare, LLC lkarl@rascrane.com, lbkarl03@yahoo.com  
       MATTEO SAMUEL WEINER   on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com  
       WILLIAM EDWARD CRAIG   on behalf of Creditor    Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
       WILLIAM EDWARD CRAIG   on behalf of Creditor    American Honda Finance Corporation d/b/a Honda Financial Servcies, administrator for Honda Lease Trust ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                 TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: DARRYL S. HARVIN<br>**Debtor(s)** | )<br>) CHAPTER 13<br>) |
| NISSAN MOTOR ACCEPTANCE CORPORATION<br>**Moving Party** | ) CASE NO. 17-13308 (MDC)<br>)<br>) HEARING DATE: **11-19-19 at 10:30 AM**<br>) |
| v. | )<br>) 11 U.S.C. 362 |
| DARRYL S. HARVIN<br>**Respondent(s)** | )<br>)<br>) |
| WILLIAM C. MILLER<br>**Trustee** | )<br>)<br>)<br>) |

## ORDER VACATING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the Motion of Nissan Motor Acceptance Corporation, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2015 Nissan Murano** bearing vehicle identification number 5N1AZ2MH3FN273835 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: 11/19/19

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge