United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-13308-mdc |
| Darryl S. Harvin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 12, 2022 | Form ID: 138OBJ | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darryl S. Harvin, 2778 Egypt Road, Audubon, PA 19403-2257 |
| 13915607 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance Corp., 201 Little Falls Drive, Wilmington, DE 19808 |
| 14185089 | + | Cerastes, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13915604 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 13915614 | | Ditech Financial LLC, P.O. Box 6172, Rapid City, SD 57709 |
| 13939978 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 13915615 | #+ | FCC Finance LLC, 17000 Dallas Parkway, #120, Dallas, TX 75248-1944 |
| 13921125 | ++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3129, OMAHA NE 68102-1593 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 13915616 | + | First National Bank Omaha, P.O. Box 3412, Omaha, NE 68103-0412 |
| 13915617 | + | Fulton Friedman & Gullace, LLP, 6 Kacey Court, Suite 203, Mechanicsburg, PA 17055-9237 |
| 13915619 | + | Lendmark Financial Services, 1506 Klondike Road SW, Suite 200, Conyers, GA 30094-5173 |
| 14333172 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 14336194 | | LoanCare, LLC, RAS Crane LLC, Bankruptcy Department, 10709 Abbot's Bridge Road, Ste 170, Duluth, GA 30097 |
| 13915621 | + | Monica L. Harvin, 2778 Egypt Road, Audubon, PA 19403-2257 |
| 14370744 | + | Nissan Motor Acceptance Corporation, c/o William E. Craig, Esq., 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 13915627 | + | U.S. Department of Education, 2401 International, P.O. Box 7859, Madison, WI 53707-7859 |
| 13965354 | | US DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 13915628 | + | Union Plus Credit Card, P.O. Box 71104, Charlotte, NC 28272-1104 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 12 2022 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 12 2022 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 12 2022 23:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13919588 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 12 2022 23:54:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 13915608 | | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | May 12 2022 23:54:00 | Asset Acceptance Corp., P.O. Box 2036, Warren, MI 48090-2036 |
| 13915610 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 12 2022 23:54:00 | Barclays Bank Delaware, 125 South West Street, |

Case 17-13308-mdc    Doc 75    Filed 05/14/22    Entered 05/15/22 00:28:01    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 12, 2022 | Form ID: 138OBJ | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| | | | | Wilmington, DE 19801-5014 |
| 13915611 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 12 2022 23:51:28 | Capital One Bank USA, N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 13979026 | + | Email/Text: bnc@bass-associates.com | May 12 2022 23:54:00 | Cavalry Spv I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14185089 | ^ | MEBN | May 12 2022 23:50:07 | Cerastes, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13915612 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 12 2022 23:54:00 | Comenity Capital Bank/Zales, P.O. Box 182120, Columbus, OH 43218-2120 |
| 13915613 | + | Email/Text: mrdiscen@discover.com | May 12 2022 23:54:00 | Discover Bank, 502 E. Market Street, Greenwood, DE 19950-9700 |
| 13921730 | | Email/Text: mrdiscen@discover.com | May 12 2022 23:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13918672 | + | Email/Text: csr@fccfinance.com | May 12 2022 23:54:00 | FCC Finance LLC, as servicer for, DB HIL 2014 Trust, P.O. Box 795489, Dallas, Texas 75379-5489 |
| 13921125 | | Email/Text: collecadminbankruptcy@fnni.com | May 12 2022 23:54:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 13915606 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | May 12 2022 23:54:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| 13915618 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 12 2022 23:54:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13954840 | | Email/Text: ktramble@lendmarkfinancial.com | May 12 2022 23:54:00 | Lendmark Financial Services, LLC., 2118 Usher Street NW, Covington, GA 30014 |
| 14333172 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 12 2022 23:54:00 | LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 13915620 | + | Email/Text: bankruptcydpt@mcmcg.com | May 12 2022 23:54:00 | Midland Credit Management, Inc, 8875 Aero Drive, Ste. 200, San Diego, CA 92123-2255 |
| 13915622 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 12 2022 23:54:00 | Nissan Motor Acceptance Corp., P.O. Box 660366, Dallas, TX 75266-0366 |
| 14590643 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 12 2022 23:54:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 13933559 | | Email/PDF: cbp@onemainfinancial.com | May 13 2022 00:02:11 | OneMain, P.O. Box 3251, Evansville, IN. 47731-3251 |
| 13915623 | + | Email/PDF: cbp@onemainfinancial.com | May 13 2022 00:02:04 | OneMain Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 13976059 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2022 00:02:05 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 13916831 | + | Email/PDF: rmscedi@recoverycorp.com | May 13 2022 00:02:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13940315 | | Email/Text: bnc-quantum@quantum3group.com | May 12 2022 23:54:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13915624 | | Email/PDF: gecsedi@recoverycorp.com | May 13 2022 00:02:11 | Synchrony Bank/JC Penney, P.O. Box 960090, Orlando, FL 32896-0090 |
| 13915625 | + | Email/PDF: gecsedi@recoverycorp.com | May 12 2022 23:51:30 | Synchrony Bank/Mein&Maco, P.O. Box 965068, Orlando, FL 32896-5068 |
| 13915626 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2022 00:02:15 | The Home Depot/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 12, 2022 | Form ID: 138OBJ | Total Noticed: 44 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13915609 | * | Asset Acceptance LLC, P.O. Box 2036, Warren, MI 48090-2036 |
| 13915605 | *+ | Darryl S. Harvin, 2778 Egypt Road, Audubon, PA 19403-2257 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2022 at the address(es) listed below:

**Name** — **Email Address**

CHARLES GRIFFIN WOHLRAB
  on behalf of Creditor LoanCare LLC cwohlrab@raslg.com

DAVID B. SPITOFSKY
  on behalf of Debtor Darryl S. Harvin spitofskybk@verizon.net
  spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com

KENNETH E. WEST
  ecfemails@ph13trustee.com philaecf@gmail.com

LAUREN BERSCHLER KARL
  on behalf of Creditor LoanCare LLC lkarl@rascrane.com, lbkarl03@yahoo.com

MATTEO SAMUEL WEINER
  on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
  on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

WILLIAM EDWARD CRAIG
  on behalf of Creditor American Honda Finance Corporation d/b/a Honda Financial Servcies administrator for Honda Lease Trust
  ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Darryl S. Harvin
    Debtor(s)

Case No: 17−13308−mdc
Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/12/22

74 − 73
Form 138OBJ